IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CV-8-D

GORDON BARCLIFT, JR.,                )
                                      )
                    Plaintiff,        )
                                      )
         v.                           )           **ORDER**
                                      )
SENTARA SENATRA REGIONAL              )
MEDICAL CENTER, LLC.,                 )
                                      )
                    Defendant.        )

On March 20, 2018, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") and recommended that the court grant defendant's motion for sanctions [D.E. 20] and dismiss plaintiff's complaint. See [D.E. 25]. Neither party objected to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis removed) (quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R. Defendant's motion for sanctions [D.E. 20] is GRANTED. Plaintiff's complaint is DISMISSED

WITH PREJUDICE. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk shall close this case.

SO ORDERED. This 9 day of April 2018.

/s/ J. Dever
JAMES C. DEVER III
Chief United States District Judge