# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

| | |
|---|---|
| GORDON BARCLIFT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 2:17-CV-8-D** |
| ) | |
| SENTARA ALBEMARLE REGIONAL ) | |
| MEDICAL CENTER, LLC, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R. Defendant's motion for sanctions [D.E. 20] is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on April 9, 2018, and Copies To:**

| | |
|---|---|
| Gordon Barclift, Jr. | (Sent to 703 N. Road Street Elizabeth City, NC 27909 via US Mail) |
| John D. Leidy | (via CM/ECF electronic notification) |
| William M. Furr | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

April 9, 2018  (By) /s/ Nicole Briggeman

  Deputy Clerk